IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 4:12-cv-273 |
| AMAZON.COM, INC. | § § | JURY DEMANDED |
| Defendant. | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Ideative Product Ventures, Inc. ("Ideative"), having moved the court for an order of dismissal with prejudice of all claims asserted by the parties in this case, the parties being in agreement regarding same, and the court having reviewed the record and being in all respects duly and sufficiently advised,

IT IS HEREBY ORDERED that the claims asserted by the Plaintiff and the Defendant in this case should be and hereby are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED that each party shall bear its own costs incurred in connection with this case.

**SIGNED this the 26th day of November, 2012.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE